**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| NGOZI USIM, | ) | CASE NO. |
| Plaintiff, | ) | CV 07-05052 DDP (CTx) |
| v. | ) | |
| | ) | **JUDGMENT** |
| LYNWOOD UNIFIED SCHOOL DISTRICT, ANIM MENER | ) | |
| Defendants. | ) | |

This action came on for hearing before the Court, on July 13, 2009, Hon. Dean D. Pregerson, District Judge Presiding, on a Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

\\\

\\\

\\\

1

IT IS ORDERED AND ADJUDGED that the Motion for Summary Judgment is GRANTED and that defendant Lynwood Unified School District and Anim Mener are entitled to recover their costs.

DATED:  August 12, 2009

By: _____

United States District Judge

[PROPOSED] JUDGMENT